Argued and submitted March 2, affirmed May 11, 1994

STATE OF OREGON,
*Respondent,*

*v.*

JAMES C. V. YARBOR,
*Appellant.*

(92-1146; CA A80550)

874 P2d 109

David Brian Williamson argued the cause and filed the brief for appellant.

Timothy A. Sylwester, Assistant Attorney General, argued the cause for respondent. With him on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

Before Rossman, Presiding Judge, and De Muniz and Leeson, Judges.

PER CURIAM

Affirmed. *State v. George*, 127 Or App 581, 873 P2d 468 (1994).